# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                       Civil Action No. 3:15-cv-04440-WHA

JOHN DOE, subscriber assigned IP address 76.126.66.197,

        Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 76.126.66.197. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: January 15, 2016

.

                                                  Respectfully submitted,

                                                  By:    /s/ *Brenna E. Erlbaum*
                                                  Brenna E. Erlbaum
                                                  Heit Erlbaum, LLP
                                                  501-I South Reino Road, #344
                                                  Newbury Park, CA 91320

                                                  Phone: 805-231-9798
                                                  Email: brenna.erlbaum@helaw.attorney
                                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on January 15, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By:  /s/ *Brenna E. Erlbaum*
                                        Brenna E. Erlbaum